UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JUSTIN MERCEDES LUNA, Docket No. 1:26-cv-02920-SDA

Plaintiff,

- against –

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
--------------------------------------------------------------x

**ORDER**

**WHEREAS** the Plaintiff filed a motion requesting that the Court grant a sixty (60) day extension of time to file the Plaintiff's Brief; It is hereby

**ORDERED** that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by September 13, 2026. Defendant's Brief is due November 12, 2026, and Plaintiff's Reply Brief is due November 25, 2026.

**Dated:** July 10, 2026

**SO ORDERED**

STEWART D. AARON
**United States Magistrate Judge**